**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9TH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
TOLL FREE: (855) 213-8450

| | |
|---|---|
| JAMES WYDA<br>FEDERAL PUBLIC DEFENDER | SHARI SILVER DERROW<br>ASSISTANT FEDERAL PUBLIC DEFENDER |

**VIA CM/ECF**

September 22, 2022

The Honorable Catherine C. Blake
United States District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:  *United States v. Dana Hayes*, CCB-22-0224

Dear Judge Blake:

    I write to provide a joint status report from the parties in the above-captioned matter. Since the parties' status conference with the Court, discovery has continued, and the parties have commenced plea negotiations. The parties jointly request another 60 days, until November 23, 2022, to provide the Court with a further status report.

    I thank the Court for its attention to this matter.

                            Sincerely,

                              /s/

                            Shari Silver Derrow
                            Assistant Federal Public Defender